Curt F. Hennecke, Bar No. 217109
**YOUNGER & HENNECKE, LLP**
1610 Arden Way, Suite 265
Sacramento, CA  95815
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

**ANITA BEALL CARR,**

Debtor.

Case No: 07-42118-LT7

Chapter 7

## DECLARATION OF ANITA BEALL CARR REQUIREMENTS UNDER 11 U.S.C. SECTION 521

I, ANITA BEALL CARR, hereby declare as follows:

1. I am the Debtor in the case herein.

2. I have been receiving Social Security benefits for the past 4 years.  This money is directly deposited in my bank account.

3. For the sixty days prior to the month of the filing of this bankruptcy, the only income that we have been receiving is from Social Security. Therefore we do not have any payment advices to file with the court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 5, 2007 in Oakland, California.

/s/ Anita Beall Carr
Anita Beall Carr, Declarant