IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

IN RE: ANITA H CARR                    :  CHAPTER: 7
                                       :
        AKA:ANITA BEALL CARR           :
                                       :  BANKRUPTCY NO: 07-42118-LT7

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

    1.  This request is filed pursuant to Bankruptcy Rule 2002(g)

for the purpose of ensuring that the creditor listed below

receives all notices required to be mailed under Bankruptcy Rule 2002

at the address below.

    2.  The address to which all such notices should be sent and

substituted for that of the creditor:

                    **American Express Bank FSB**
                    **c/o Becket and Lee LLP**
                    **POB 3001**
                    **Malvern PA 19355-0701**

                    By:   /s/Gilbert B. Weisman
                          _____
                          Gilbert B Weisman Esquire PA59872
                          Becket and Lee LLP Attorneys Agent
                          POB 3001
                          MALVERN PA 19355-0701
                          PHONE:   (610) 644-7800
                          FAX  :   (610) 993-8493
                          EMAIL:   notices@becket-lee.com

                          DATE: July 30, 2007

PET: 07/09/2007