IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION


IN RE: ANITA BEALL CARR           :   CHAPTER: 7
                                  :
      AKA:ANITA B CARR             :
                                  :   BANKRUPTCY NO: 07-42118-LT7


              REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
                          PROVIDING ADDRESS FOR SERVICE
                                    OF NOTICES

To the Clerk:

   1.  This request is filed pursuant to Bankruptcy Rule 2002(g)

for the purpose of ensuring that the creditor listed below

receives all notices required to be mailed under Bankruptcy Rule 2002

at the address below.

   2.  The address to which all such notices should be sent is:


              **eCAST Settlement Corporation**
              **POB 35480**
              **Newark NJ 07193-5480**


                          By:   /s/Gilbert B. Weisman
                                _____
                                Gilbert B Weisman Esquire PA59872
                                Becket and Lee LLP Attorneys Agent
                                POB 3001
                                MALVERN PA 19355-0701
                                PHONE:   (610) 644-7800
                                FAX  :   (610) 993-8493
                                EMAIL:   notices@becket-lee.com

                                DATE: August 15, 2007


   PET: 07/09/2007