STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
ADAM B. ARNOLD (CA SBN 183837 )
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385

Attorneys for HOME123 CORPORATION, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANITA BEALL CARR,<br><br>        Debtor(s). | Case No.07-42118-LJT<br><br>Chapter 7<br><br>R.S. No. ABA-483<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>DATE:  September 28, 2007<br>TIME:  11:00 a.m.<br>CTRM:  201<br><br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

I, Sophia Salinas, declare:

    1.    I am employed as a Supervisor by Chase Home Finance, LLC, servicing agent for Home123 Corporation, its successors and/or assigns ("Movant"). In this capacity, I am one of the custodians of the books, records, files and banking records of Movant, as those books, records, files and banking records pertain to the loans and extensions of credit by Movant to Anita Beall Carr ("Debtor"). I have personally worked on said books, records, files and banking records and, as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the Movant's business records, which were made at or about the time of the events which were recorded, and which are maintained in the ordinary course of Movant's business.

    2.    On or about January 25, 2006, Debtor, for valuable consideration, made, executed

and delivered to Movant a Note in the principal sum of $782,000.00 (the "Note"). Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments commencing March 1, 2006, and continuing until February 1, 2036, when all outstanding amounts are due and payable. The Note provides that, in the event of default, the holder of the Note has the option of declaring all unpaid sums immediately due and payable.

3. On or about January 25, 2006, the Debtor made, executed and delivered to Movant a Deed of Trust (the "Deed of Trust") granting Movant a security interest in real property commonly described as 11801 Bloomington Way, Dublin, California 94568 (the "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtor's bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on January 31, 2006, in the Official Records of Alameda County, State of California. A true and correct copy of the Deed of Trust is attached to the Declaration in Support of Motion for Relief From Automatic Stay as exhibit A and incorporated herein by reference.

4. The obligation under the Note is in default as of January 1, 2007, for failure to make payments to Movant. As of July 12, 2007, the total obligation due and owing under the Note is in the approximate amount of $825,652.48, representing the principal balance of $780,441.36, interest in the sum of $44,796.21, and late charges in the amount of $414.91. This is an approximate amount for purposes of this Motion only, and should not be relied upon as such to pay off the subject loan as interest and additional advances may come due subsequent to the filing of the Motion. An exact payoff amount can be obtained by contacting Movant's counsel. Further, Movant has incurred additional post-petition attorneys' fees and costs in bringing the instant Motion. Moreover, the total arrears under the Note are in the approximate sum of $43,704.92, excluding the post-petition attorneys' fees and costs incurred in filing the instant Motion. A true and correct copy of the contractual payment accounting pursuant to Local Rule 4001-1(g)(1) is attached to the Declaration in Support of Motion for Relief From Automatic Stay as exhibit C and incorporated herein by reference.

/././

5. As a result of the default under the Note, a Notice of Default was recorded on April 12, 2007. I am informed and believe that, based on the Debtor's bankruptcy Schedules and Statements, the fair market value of the Property is approximately $850,000.00. True and correct copies of the Debtor's bankruptcy Schedules "A" and "D" are collectively attached to the Declaration in Support of Motion for Relief From Automatic Stay as exhibit B and incorporated herein by reference.

6. Based on the above, Movant maintains that the equity in the Property is as follows:

| | |
|---|---|
| Fair Market Value: | $850,000.00 |
| Less: | |
| Movant's Trust Deed | 825,652.48 |
| Alameda County's Tax Lien | 4,500.00 |
| Costs of Sale (8%) | 68,000.00 |
| Equity in the Property: | $<48,152.48> |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2 day of August, at San Diego, California.

_____
SOPHIA SALINAS

- 3 -

1156172.wpd