1  STEVEN W. PITE (CA SBN 157537)
   DAVID E. McALLISTER (CA SBN 185831)
2  ADAM B. ARNOLD (CA SBN 183837 )
   PITE DUNCAN, LLP
3  525 E. Main Street
   P.O. Box 12289
4  El Cajon, CA 92022-2289
   Telephone: (619) 590-1300
5  Facsimile: (619) 590-1385

6  Attorneys for  HOME123 CORPORATION, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ANITA BEALL CARR,<br><br>            Debtor(s). | Case No. 07-42118-LJT<br><br>Chapter 7<br><br>HOME123 CORPORATION'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Home123 Corporation, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

/././

| | |
|---|---|
| 1 | Adam B. Arnold |
| 2 | PITE DUNCAN, LLP |
| | 525 E. Main Street |
| | P.O. Box 12289 |
| 3 | El Cajon, CA 92022-2289 |

4   Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

5   proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver

6   of the within party's:

7       a.   Right to have any and all final orders in any and all non-core matters entered only

8   after de novo review by a United States District Court Judge;

9       b.   Right to trial by jury in any proceeding as to any and all matters so triable herein,

10  whether or not the same be designated legal or private rights, or in any case, controversy or

11  proceeding related hereto, notwithstanding the designation or not of such matters as "core

12  proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

13  statute or the United States Constitution;

14      c.   Right to have the reference of this matter withdrawn by the United States District

15  Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

16      d.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which

17  this party is entitled under any agreements at law or in equity or under the United States Constitution.

18      All of the above rights are expressly reserved and preserved by this party without exception

19  and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

20  participation in these matters.

21

22  Dated: August 23, 2007            PITE DUNCAN, LLP

23

24                                    /s/ ADAM B. ARNOLD (CA SBN 183837 )
                                      Attorneys for HOME123 CORPORATION, its
                                      successors and/or assigns

25

26

27

28