Entered on Docket
October 10, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 09, 2007

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

1 STEVEN W. PITE (CA SBN 157537)
  DAVID E. McALLISTER (CA SBN 185831)
2 ADAM B. ARNOLD (Bar #183837)
  PITE DUNCAN, LLP
3 525 E. Main Street
  P.O. Box 12289
4 El Cajon, CA 92022-2289
  Telephone: (619) 590-1300
5 Facsimile: (619) 590-1385

8 Attorneys for HOME123 CORPORATION, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANITA BEALL CARR,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 07-42118-LJT<br><br>Chapter 7<br><br>R.S. No. ABA-483<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:  September 28, 2007<br>TIME:   11:00 a.m.<br>CTRM:  201<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on September 28, 2007, at 11:00 a.m., in courtroom 201, upon the Motion of Home123 Corporation, its successors and/or assigns ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of ANITA BEALL CARR ("Debtor") commonly known as 11801 Bloomington Way, Dublin, California 94568 (the "Real Property"), which is legally described as follows:

/././

LOT 7, BLOCK C, TRACT 4668, FILED APRIL 23, 1981, IN BOOK 126 OF MAPS, PAGE 88, ALAMEDA COUNTY RECORDS.

ASSESSOR'S PARCEL NUMBER 941-2757-064

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289

**DEBTOR(S)**

Anita Beall Carr
11801 Bloomington Way
Dublin, CA 94568

**DEBTOR(S) ATTORNEY**

Curt F. Hennecke
1610 Arden Way #265
Sacramento, CA 95815

**CHAPTER 7 TRUSTEE**

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
1301 Clay Street, #690N
Oakland, CA 94612

**JUNIOR LIENHOLDER(S)**

Alameda County Secured Property Tax
1211 Oak Street
Oakland, CA 94612-4285